ORIGINAL    418892

AO82
(Rev. 4/90)

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**WESTERN DISTRICT OF TEXAS**
at _Austin_

RECEIVED FROM _Baker Botts_
_98 San Jacinto #1600_
_Austin TX 78701_

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 086900 | 20.00 |
| 604700 | Registry Funds | 510000 | 19.00 |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | TOTAL | 39.00 |
| 086900 | Filing Fees | | |
| 322340 | Sale of Publications | Case Number or Other Reference |
| 322350 | Copy Fees | 1:07 mc 729 |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | Mot. for |
| 322386 | Restitution to U.S. Government | Protection |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | SBJ Holdings v. |
| 613300 | Unclaimed Monies | Netflix |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | m |

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.   112583

DATE 8-29 20 07    Cash | Check X | M.O. | Credit    DEPUTY CLERK