SBJ Holdings 1, LLC v. Netflix, Inc. et al																	Doc. 1 Att.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SBJ HOLDINGS 1, LLC | § | |
| | § | |
| V. | § | Case Number: **A07 MC 729 SS** |
| | § | |
| NETFLIX, INC., AMAZON.COM, INC., | § | (U.S.D.C. - Eastern District of Texas) |
| and BORDERS GROUP, INC. | § | |

### ORDER

The Court has considered Third Party Vignette Corporation's Motion for Protection and to Modify Subpoena Issued by Defendants Pursuant to Rule 45c and hereby ORDERS that such motion is granted.

The Court also ORDERS that the deadline for compliance with the subpoena served on Vignette be extended to September 28, 2007.

The Court also ORDERS that Vignette and Defendants confer on the scope of the subpoena requests within 10 days and limit the scope of the requests to matters which are relevant to the underlying suit and which do not create an undue burden on Third Party Vignette. The parties are also ORDERED to confer on the proper protection of Vignette's confidential information. The parties are ORDERED to report back to the Court by September 7, 2007 and advise the Court whether an agreement has been reached.

_____
JUDGE PRESIDING

AUS01:477333.1

Dockets.Justia.com