UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS



William G. Putnicki

200 West 8th Street, Room 130
Austin, Texas 78701
512-916-5896

August 29, 2007

Ryan A. Tyz
Fenwick & West - Mountain View
Silicon Valley Center
801 California Street
Mountain Valley, CA 94041

        Re:    SBJ Holdings 1, LLC v. Netflix, Inc., et al
                  1:07-MC-729-SS

Dear Attorney Tyz:

      The records of this office indicate that you have not been admitted to practice in this court.

      **Local District Court Rule AT-1(f)(1) states:** "No attorney who has not been admitted to practice before this Court shall appear for, or represent, a party in any case except by permission of the Judge before whom the case is pending. In the event permission is granted, the non-admitted attorney shall immediately pay to the Clerk a twenty-five dollar ($25.00) *pro hac vice* fee."

      **If you intend to represent a party in this case, you must submit a Motion to Appear *pro hac vice* within ten days of the date of this letter.** The Motion should state that you are a member in good standing of a state bar and that you either (1) have an application on file for admission to the Western District of Texas, or (2) have co-counsel who is a member of the Western District of Texas. The motion must contain an original signature by the attorney seeking to be admitted *pro hac vice*. No *pro hac vice* motions signed by one attorney for another attorney will be granted. If you are an attorney who maintains your office outside of this district, the Judge may require you to designate local counsel as co-counsel (Local Rule AT-3). You may download the motion form and proposed order from our website at:
*http://www.txwd.uscourts.gov/forms/civil.asp*.

      Please be sure to review the Local Rules for the Western District of Texas before you submit your Motion, especially Local Rules CV-5 (Pleadings & Filing Papers), CV-7 (Motions), CV-10 (Form of Pleadings), and standing orders for the Austin division. For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website.

Page 2
Pro Hac Vice

    Also, Case Management/Electronic Case Files (CM/ECF) is now open for attorney registration. The **E-Filing and E-Noticing Registration Form** is now available on our website and you can download a copy of the form directly to your computer. Please note that this is a rather large file, so it may take several minutes to download.

    If you have any questions regarding the above information, please do not hesitate to call.

    Sincerely,

    WILLIAM G. PUTNICKI, Clerk

By: _Molly Morrison_
    Molly Morrison
    Deputy Clerk

cc:    United States District Judge