# In the United States District Court
# For the Western District of Texas
# Austin Division

| | | |
|---|---|---|
| **SBJ HOLDINGS 1, LLC** | § § | |
| v. | § § | Case Number: A07-MC-00729-SS |
| **NETFLIX, INC., AMAZON.COM, INC.,** | § | |
| **and BORDERS GROUP, INC.** | § | |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

On this day the Court considered Third Party Vignette Corporation's Unopposed Motion to Substitute Counsel. The motion is GRANTED. It is therefore ORDERED that Allison L. Bowers is withdrawn as counsel for the Third Party Vignette Corporation and that Susan Dillon Ayers and the law firm of Baker Botts L.L.P. is substituted as counsel for the Third Party Vignette Corporation.

SIGNED on this _____ day of _____, 2007.

_____
JUDGE PRESIDING