**In the United States District Court**
**For the Western District of Texas**
**Austin Division**

| | |
|---|---|
| SBJ HOLDINGS 1, LLC § § | |
| v. § § | Case Number: A07-MC-00729-SS |
| NETFLEX, INC., AMAZON.COM, INC.,§ and BORDERS GROUP, INC. § | |

### AMENDED CERTIFICATE OF SERVICE TO MOTION TO SUBSTITUTE COUNSEL

Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/ Susan Ayers*
Allison L. Bowers
State Bar No. 24006170
Susan Dillon Ayers
State Bar No. 24028302
98 San Jacinto Boulevard
1500 San Jacinto Center
Austin, Texas 78701
(512) 322-2500 (Telephone)
(512) 322-2501 (Facsimile)

ATTORNEYS FOR THIRD PARTY
VIGNETTE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Vignette's Motion to Substitute Counsel was electronically filed with the Clerk of Court on September 4, 2007 using the CM/ECF system which will send notification of such filing to the counsel of record, and by facsimile to the below listed counsel on September 6, 2007.

Eric M. Albritton
ALBRITTEN LAWFIRM
P.O. Box 2649
Longview, Texas 75606-2649
(903) 758-7397 Facsimile

Blake C. Erskine
ERSKINE AND MCMAHON, L.L.P.
521 n. Second Street
P.O. Box 3485
Longview, Texas 75606
(903) 757-9429 Facsimile

Ryan A. Tyz
FENWICK & WEST – MOUNTAIN VIEW
Silicon Valley Center
801 California Street
Mountain Valley, CA 94041
(650) 938-5200 Facsimile

_____
Susan Dillon Ayers