IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| SBJ HOLDINGS 1, LLC | § | |
|---|---|---|
| | § | |
| V. | § | Case Number: 1:07-mc-000729-SS |
| | § | |
| NETFLEX, INC., AMAZON.COM, | § | |
| INC., and BORDERS GROUP, INC. | § | |

**Joint Notice Regarding Subpoena and Motion for Protection**

On August 29, 2007 the Court entered an order granting Third Party Vignette Corporation's Motion for Protection and to Modify Subpoena by Defendants. Pursuant to that order, the parties are filing this notice regarding their conference on the scope of the subpoena requests and proper protection of Vignette's confidential information.

Ryan A. Tyz, counsel of record for Defendants Netflex, Inc., Amazon.Com, Inc., and Borders Group, Inc. and Susan Dillon Ayers, counsel of record for Third Party Vignette, conferred on September 5th and 6th. They are engaged in ongoing, good faith negotiations regarding these matters and believe that the parties will be able to resolve them without further intervention by this Court.

Defendants have presented Vignette with a written proposal that prioritizes the documents and information that are relevant to Defendant's invalidity contentions which are due October 10, 2007. Vignette is evaluating that proposal and the burden it would impose on Vignette. As soon as Vignette has completed that analysis, the parties

will confer and file another notice with the Court advising whether a final agreement has been reached.

        Respectfully submitted,

        BAKER BOTTS LLP

        By: _____/ s / Sue Dillon Ayers_____
           Susan Dillon Ayers
           State Bar No. 24028302
           98 San Jacinto Blvd., Suite 1500
           Austin, TX 78701-4039
           (512) 322-2500
           (512) 322-2501 (Facsimile)

        ATTORNEY FOR THIRD PARTY
        VIGNETTE CORPORATION

        Erskine and McMahon, L.L.P.

        By: _____/ s / Blake C. Erskine_____
           Blake C. Erskine
           State Bar No. 06649000
           521 N. Second Street
           P.O. Box 3485
           Longview, Texas 75606
           (903) 757-8435
           (903) 757-9429 (Facsimile)

        Ryan A. Tyz
        Fenwick & West LLP
        Mountain View
        Silicon Valley Center
        801 California Street
        Mountain View, CA 94041
        (650) 988.8500
        (650) 938.5200 (Facsimile)

        ATTORNEYS FOR DEFENDANTS NETFLEX,
        INC., AMAZON.COM, INC., AND BORDERS
        GROUP, INC.

## Certificate of Service

I hereby certify that a true copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the counsel of record, and by facsimile to the below listed counsel on September 7, 2007.

Eric M. Albritton
ALBRITTEN LAWFIRM
P.O. Box 2649
Longview, Texas 75606-2649
(903) 758-7397 Facsimile

Blake C. Erskine
ERSKINE AND MCMAHON, L.L.P.
521 N. Second Street
P.O. Box 3485
Longview, Texas 75606
(903) 757-9429 Facsimile

Ryan A. Tyz
FENWICK & WEST
Mountain View
Silicon Valley Center
801 California Street
Mountain Valley, CA 94041
(650) 938-5200 Facsimile

                                          / s / Sue Dillon Ayers
                                          Susan Dillon Ayers