**BAKER BOTTS** LLP

| | 1500 SAN JACINTO CENTER | **AUSTIN** |
| --- | --- | --- |
| | 98 SAN JACINTO BLVD. | BEIJING |
| | AUSTIN, TEXAS | DALLAS |
| | 78701-4078 | DUBAI |
| | | HONG KONG |
| | TEL +1 512.322.2500 | HOUSTON |
| | FAX +1 512.322.2501 | LONDON |
| | www.bakerbotts.com | MOSCOW |
| | | NEW YORK |
| | | RIYADH |
| | | WASHINGTON |

September 12, 2007

068422.0106

Susan Dillon Ayers
TEL +1 512.322.2663
FAX +1 512.322.8390
sue.ayers@bakerbotts.com

BY ELECTRONIC FILING

William G. Putnicki
Clerk, United States District Court
Western District of Texas
Austin Division
200 West 8th Street
Austin, TX 78701

Re:   Cause No. A07-mc-00729-SS; *SBJ Holdings 1, LLC v. Netflix, et al.*; In the U.S. District Court for the Western District of Texas, Austin Division

Dear Mr. Putnicki:

Please make note that I will be on vacation Wednesday, October 17 through Tuesday, October 23, 2007. I request that no hearings be scheduled in the above-referenced matter on those dates.

All counsel of record are being served notification of my vacation schedule by U.S. Mail.

Thank you for your assistance in this matter. Please do not hesitate to contact me if you have any questions.

Sincerely,

Susan Dillon Ayers

SDA:bjm

cc:   Blake C. Erskine
      Ryan A. Tyz
      Eric M. Albritton